**ARI D. HALPERN**, ATTORNEY AT LAW — OSB # 045230
ari@halpernlawgroup.net
HALPERN LAW GROUP, P.C.
62910 O.B. Riley Rd., Suite 100
Bend, OR  97703
Voice: (541) 388-8410
Fax: (541) 323-2306
 Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

**JACK EVERETT ECKSTROM JR.**                                                  Case No. 6:19-cv-00872-JR

    Plaintiff,

ORDER

vs.

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.

Attorneys' fees in the amount of $15,000.00 (fifteen thousand dollars) are hereby awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d).  Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Attorney Ari Halpern's address: 62910 O.B. Riley Rd., Suite 100   Bend, OR  97703. In accordance with the fee assignment Plaintiff has signed, payment shall be made in Ari Halpern's name if no debt subject to offset exists.

DATED this 27th day of September, 2021.

                                                    /s/ Jolie A. Russo
                                                    JOLIE A. RUSSO
                                                    United States Magistrate Judge

Submitted on September 27, 2021 by:
s/ Ari D. Halpern
ARI D. HALPERN, ATTORNEY AT LAW — OSB # 045230
Voice: (541) 388-8410; Fax: (541) 323-2306
Of Attorneys for Plaintiff

ORDER - Page 1